United States District Court
Southern District of Texas
**ENTERED**
June 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Meher Wanker § | |
|    Plaintiff, § | |
| § | |
| versus § | CIVIL ACTION NO. H-20-1098 |
| § | |
| Bayview Loan Servicing, LLC, § | |
|    Defendant. § | |

## ORDER STRIKING DOCUMENT

The Clerk has filed your Motion (Docket Entry No. 7); however, it is deficient as checked. (L.R. refers to the Local Rule of this District).

1. ❑ Document is not signed (L.R. 11.3).

2. ❑ Document does not comply with L.R.11.3.A.

3. ❑ Caption of the document is incomplete (L.R.10.1).

4. ❑ No certificate of service or explanation why service is not required (L.R. 5.3).

5. ❑ Motion does not comply with L.R.7.

    a. ❑ No statement of opposition or non-opposition (L.R.7.2).

    b. ❑ No statement of conference between counsel (L.R. 7.1.D(1)).

    c. ❑ No separate proposed order attached (L.R. 7.1.C).

6. ❑ Motion to consolidate does not comply with L.R.7.6.

7. ❑ Document does not comply with L.R. 83.2.

8. ✓ Other: The ~~motion~~ *order* does not include the last know address and phone number of Plaintiff.

The document is stricken from the record.

Date: 6/9/2020

_____
UNITED STATES DISTRICT JUDGE