United States District Court
Southern District of Texas
**ENTERED**
February 05, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MEHER WANKER | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-20-1098 |
| BAYVIEW LOAN SERVICING, LLC, | § | |
| | § | |
|     Defendant. | § | |

## ORDER

Plaintiff, Meher Wanker, has filed a Motion to Dismiss (Docket Entry No. 15). The motion is incorrectly styled as "Defendant's Motion to Dismiss" although the motion itself recognized that Wanker is the plaintiff, not the defendant. The court therefore **RESTYLES** motion as Plaintiff's Motion to Dismiss and **GRANTS** it.

**SIGNED** at Houston, Texas, on this 5th day of February, 2021.

                                              SIM LAKE
                              SENIOR UNITED STATES DISTRICT JUDGE